UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| JACOBS ENGINEERING GROUP INC. and BLUE CANOPY GROUP LLC, | ) ) ) ) | |
| Plaintiffs-Claimaints, | ) ) | Civ. No. 1:18-cv-1302 |
| v. | ) ) | |
| CAPEFIRST FUNDING, LLC; INVESTOR RECOVERY TRUST CAPEFIRST ADVISORS, LLC, TRUSTEE; CAPEFIRST ADVISORS, LLC; WESTFIELDS HOLDINGS, LLC; TUCKER NONG & ASSOCIATES, PLLC; ARES CAPITAL CORPORATION; UNITED STATES; | ) ) ) ) ) ) ) ) ) | |
| and | ) ) | |
| PARTIES UNKNOWN CLAIMING ANY RIGHT OR INTEREST IN THE PROPERTY THAT IS THE SUBJECT OF THIS ACTION, | ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION BY INTERPLEADER PLAINTIFFS FOR AN ORDER AUTHORIZING RECEIPT OF FUNDS TO THE COURT'S REGISTRY**

Plaintiffs-Claimants Jacobs Engineering Group Inc. and Blue Canopy Group LLC respectfully move, pursuant to Rule 67 of the Federal Rules of Civil Procedure and Local Civil Rule 67, for an order authorizing Plaintiffs-Claimants to deposit, and the Clerk of the Court to receive, $1,933,500.00 million into an interest-bearing account, i.e., the Court Registry Investment System (CRIS), which is administered by the Administrative Office of the United States Courts under 28 U.S.C. § 2045, and meets the IRS definition of a Disputed Ownership Fund (DOF) under 28 U.S.C. § 1335.

Plaintiff-Claimants have simultaneously filed a Complaint for Interpleader and Declaratory Relief with this Court, *see id.* § 2361, along with a Memorandum of Points and Authorities in Support of this Motion.

Dated: October 18, 2018

Respectfully submitted,

*/s/ Thomas Shakow*
Thomas Shakow, Esq. (Va. Bar. No. 70291)
Paul Rauser, Esq. (*pro hac vice* pending)
Kimberly Wehle, Esq. (*pro hac vice* pending)
Serine Consolino, Esq. (*pro hac vice* pending)
AEGIS LAW GROUP LLP
801 Pennsylvania Avenue, NW
Suite 704
Washington, D.C. 20004
(202) 737-3375
tshakow@aegislawgroup.com

*Counsel for Interpleader Plaintiffs-Claimants*