UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JACOBS ENGINEERING GROUP, INC.<br>1999 Bryan Street<br>Dallas, TX, 75201-6823<br><br>BLUE CANOPY GROUP LLC<br>11091 Sunset Hills Road, Suite 777<br>Reston, VA 20190<br><br>　　　　　　　　　Plaintiffs-Claimants,<br>　　v.<br><br>CAPEFIRST FUNDING, LLC<br>1930 Isaac Newton Square, Suite 200<br>Reston, VA 20190<br><br>INVESTOR RECOVERY TRUST<br>CAREFIRST ADVISORS, LLC, TRUSTEE<br>1930 Isaac Newton Sq., Suite 200<br>Reston, VA 20190<br><br>CAPEFIRST ADVISORS, LLC<br>1930 Isaac Newton Sq., Suite 200<br>Reston, VA 20190<br><br>WESTFIELDS HOLDINGS, LLC<br>1442 William Carr Lane<br>Centreville, VA 20120<br><br>TUCKER NONG & ASSOCIATES, PLLC<br>8133 Leesburg Pike, Suite 900<br>Vienna, VA 22182<br><br>ARES CAPITAL CORPORATION<br>7 St. Paul Street, Suite 820<br>Baltimore, MD 21202<br><br>UNITED STATES<br><br>and | Civ. No. 1-18-cv-1302-CMH-TCB |

|   |   |
|---|---|
| PARTIES UNKNOWN CLAIMING ANY RIGHT OR INTEREST IN THE PROPERTY THAT IS THE SUBJECT OF THIS ACTION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL OF THE UNITED STATES

Please take notice that pursuant to Federal Rule of Civil Procedure 41 the Plaintiffs in the above-captioned matter hereby voluntarily dismiss the United States as a defendant in this interpleader action. The United States has not filed an answer or otherwise appeared in this action.

Dated: January 11, 2019

                              Respectfully submitted,

                                    /s/ Thomas E. Shakow
                              Thomas Shakow, Esq. (Va. Bar. No. 70291)
                              Paul Rauser, Esq. (*pro hac vice*)
                              Kimberly Wehle, Esq. (*pro hac vice*)
                              Serine Consolino, Esq. (*pro hac vice*)
                              AEGIS LAW GROUP LLP
                              801 Pennsylvania Avenue, NW
                              Suite 740
                              Washington, D.C. 20004
                              (202) 737-3375
                              tshakow@aegislawgroup.com

                              *Counsel for Interpleader Plaintiff-Claimants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal of the United States was served this 11th day of January, 2019 upon each of the defendants listed below, by first class mail:

CAPEFIRST FUNDING, LLC
1930 Isaac Newton Square, Suite 200
Reston, VA 20190

INVESTOR RECOVERY TRUST (CAREFIRST ADVISORS, LLC, TRUSTEE)
1930 Isaac Newton Sq., Suite 200
Reston, VA 20190

CAPEFIRST ADVISORS, LLC
1930 Isaac Newton Sq., Suite 200
Reston, VA 20190

WESTFIELDS HOLDINGS, LLC
1442 William Carr Lane
Centreville, VA 20120

TUCKER NONG & ASSOCIATES, PLLC
8133 Leesburg Pike, Suite 900
Vienna, VA 22182

ARES CAPITAL CORPORATION
7 St. Paul Street, Suite 820
Baltimore, MD 21202

/s/ Thomas Shakow
Thomas Shakow