

**DEPARTMENT OF DEFENSE**
HEADQUARTERS
WASHINGTON DC

30 October 2015

SUBJECT: NOTIFICATION OF AWARD

1. This is your official notification of award to Westfields Holdings, LLC for a classified contract in support of specialized services to the Department of Defense.

2. The government liaisons associated with this contract will contact you directly and orally outline your reporting requirements as well as your invoicing procedures.

3. Value Amount: $2,555,380.

4. If you have any questions in regards to this contract, please feel free to contact TSgt Tabitha Jones at 571-557-3257 or email tabitha.l.jones@nga.mil.

*Glenn Nelson*
GLENN NELSON
Contracting Officer
Joint Programs

