## FedPayments Manager℠ -- Funds

| | | | |
|---|---|---|---|
| Environment: | Prod | ABA: | 255073251 |
| Mode: | Prod | Service Unit: | 25507325 |
| Cycle Date: | 11/06/2015 | System Date/Time: | 11/06/2015 10:50:25 |

| | | | |
|---|---|---|---|
| Status: | Completed | Message Type: | Standard |
| Create Time: | 11/06/2015 10:39:47 | Test/Prod: | Prod |
| IMAD: | 20151106 QMGFT015 000373 11061049 | | |
| OMAD: | 20151106 I1B7031R 006712 11061049 | | |

BASIC INFORMATION
Sender ABA {3100}:            255073251 AMER FSB ROCKVILLE
Receiver ABA {3400}:          121000248 WELLS FARGO NA
Amount {2000}:                1,933,500.00
Type Code {1510}:             1000 - Transfer of Funds
Business Function {3600}:     CTR - Customer Transfer
Sender Reference {3320}:      190401
ORIGINATOR INFORMATION
Originator {5000}
    ID Code:                  D - DDA Account Number
    Identifier:               6000375250
    Name:                     Tucker + Associates
    Address:                  200
                              8521 Leesburg Pike
                              Vienna, VA 22182
Originator to Beneficiary Information {6000}
    Text:                     FOR BENEFIT OF SPECIAL ACCOUNT
BENEFICIARY INFORMATION
Beneficiary {4200}
    ID Code:                  D - DDA Account Number
    Identifier:               4129835336
    Name:                     Blue Canopy Group, LLC
    Address:                  1191 Sunset Hills Road
                              Suite 777
                              Reston, VA 20190
Beneficiary FI {4100}
    ID Code:                  F - Fed Routing Number
    Identifier:               121000248
    Name:                     WELLS FARGO BANK, NA
    Address:                  SAN FRANCISCO, CA
FI TO FI INFORMATION
Beneficiary Advice Information {6410}
    Advice Code:              PHN - Phone



EXHIBIT 3

11/06/2015 10:50:25