EXECUTION COPY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JACOBS ENGINEERING GROUP INC.*, et al.*, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| CAPEFIRST FUNDING, LLC, *et al.*, | )<br>) |
| Defendants. | )<br>)<br>) |
| CAPEFIRST FUNDING, LLC, *et al.*, | )<br>) |
| Counter-Plaintiffs, | )<br>) |
| v. | )<br>) |
| JACOBS ENGINEERING GROUP INC., *et al.*, | )<br>) |
| Counter-Defendants | )<br>) |

Case No. 1:18-cv-1302-TCB

## ORDER OF DISCHARGE AND
## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs/counter-defendants Jacobs Engineering Group Inc. and Blue Canopy Group LLC ("Jacobs Parties"), and defendants/counter-plaintiffs Capefirst Funding LLC and Investor Recovery Trust ("Capefirst Parties") have stipulated, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to dismiss with prejudice the Jacobs Parties' Complaint (ECF No. 1) and the Capefirst Parties' Answer and Counterclaim (ECF No. 28). The parties shall bear their own attorneys' fees and costs. It is hereby ORDERED that this matter shall be and is dismissed.

It is further ORDERED that upon the dismissal of this action, the Jacobs Parties are discharged from any and all liability with respect to $1,933,500.00 (the "Stake") paid by the Jacobs

EXECUTION COPY

Parties into the Court Registry Investment System ("CRIS") pursuant to this Court's October 24, 2018 Order (ECF No. 17), and with respect to the Jacobs Parties' acquisition and disposition of the Stake; and it is further

ORDERED that except as expressly permitted below, there shall be no further proceedings in any court relating to the Stake without further Order of this Court. The Capefirst Parties may pursue claims for relief relating to the Stake without further leave of this Court against parties other than: (i) the Jacobs Parties or (ii) any past, present or future agent, attorney, legal representative, predecessor-in-interest, parent company, subsidiary, shareholder, unit holder, affiliate, successor, assign, employee, or insurer of the Jacobs Parties. The Capefirst Parties may also pursue claims for relief against Garrison Courtney and Virgil Keith with respect to their conduct falling outside the lawful scope of their employment by the Jacobs Parties. The Capefirst Parties may pursue such permitted claims for relief in any court of competent jurisdiction with respect to the underlying circumstances of this matter, including without limitation, the allegations stated in the Jacobs Parties' Complaint and the Capefirst Parties' Answer and Counterclaim.

**SO ORDERED** this ___ day of _____, 2020.

                                                   _____
                                                   Theresa C. Buchanan
                                                   United States Magistrate Judge

EXECUTION COPY

Aegis Law Group LLP

_____/s/ Thomas E. Shakow_____
Thomas E. Shakow (VSB No. 70291)
Paul C. Rauser (*pro hac vice*)
Serine R. Consolino (*pro hac vice*)
801 Pennsylvania Avenue, N.W.
Suite 740
Washington, DC 20004
(202) 737-3373

*Attorneys for Plaintiffs/Counter-Defendants*

Silverman|Thompson|Slutkin|White|LLC

_____/s/ Steven N. Leitess_____
Steven N. Leitess (*pro hac vice*)
Jodie E. Buchman (VSB 91929 )
Pierce C. Murphy (VSB  87842)
201 N. Charles Street,
26th Floor
Baltimore MD 21201
(410) 385-2225

*Attorneys for Defendants/Counter-Plaintiffs*

Copies to counsel of record via ECF